UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Horizon III Real Estate,

Plaintiff,

v.

Hartford Fire Insurance Company,

Defendant.

Court File No. CV-00-2420 JMR/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above entitled action, having been fully compromised and settled,

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated:

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

Daniel A. Haws #193501
Mark S. Brown #226774
Attorneys for Defendant
1800 U.S. Bancorp
Piper Jaffray Plaza
444 Cedar Street
Saint Paul MN 55101
(651) 227-9411

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED 2-20-2002
DEPUTY CLERK'S INITIALS ______

Dated:

CLURE, EATON & BUTLER, P.A.

Michael T. Tierney # 141070
Attorneys for Plaintiff
222 West Superior Street
Suite 200
Duluth, MN 55802
(218) 722-0528

**ORDER**

On reading and filing the above and foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action be and the same is hereby dismissed with prejudice and on the merits, but without costs to either party.

Dated: February 15, 2002

BY THE COURT:

490887.1